**No. 57557.**—Excel Shipping Corp. and Vincenzo Mavica *v.* United States, protest 185570–K (New York).

Opinion by Ekwall, J.   In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.

**No. 57558.**—M. E. Dey & Co., Inc. *v.* United States, protests 47273–K, etc. (Milwaukee).

Opinion by Ekwall, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.

**No. 57559.**—C. F. Eccardt & Co. *v.* United States, protest 191581–K (New York).

Opinion by Ekwall, J.   An examination of the record disclosed that the valuation adopted by the collector in liquidation was that arrived at by the appraiser, from which no appeal for reappraisement was filed.   It was held that the case involves a question of value over which the court sitting on the classification side has no jurisdiction, and the protest was dismissed.